# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WAYNE A. PORRETTI, | ) |
| | ) Case No.: 2:15-cv-00584-GMN-NJK |
| Plaintiff, | ) |
| vs. | ) **ORDER ACCEPTING REPORT &** |
| | ) **RECOMMENDATION OF MAGISTRATE** |
| LANCE J. HENDRON, | ) **JUDGE KOPPE** |
| | ) |
| Defendant. | ) |
| | ) |

Before the Court for consideration is the Report and Recommendation (ECF No. 8) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered July 24, 2015.

Pursuant to Local Rule IB 3-2(a), objections were due by August 10, 2015. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Koppe's recommendation that Plaintiff's Complaint (ECF No. 9) be dismissed with prejudice. Therefore, the Court has determined that Magistrate Judge Koppe's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 8) is **ACCEPTED and ADOPTED in full**. Plaintiff's Complaint (ECF No. 9) is dismissed with prejudice.

The Clerk shall enter judgment accordingly and close the case.

**DATED** this 13th day of August, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court